**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SEP - 3 2025

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
| | § | |
| v. | § | NO. 1:25CR 68 |
| | § | Judge: Crone - Stetson |
| DAVID CORNELIUS ROBINSON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited
Person)

On or about May 29, 2025, in the Eastern District of Texas, **David Cornelius Robinson**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a Taurus, Model: PT 738 TCP, .380 ACP pistol bearing serial number 1D135750, while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year.

All in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

**Firearms Forfeiture Allegation**
(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18,

United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g), set forth in Count One of this Indictment, the defendant, **David Cornelius Robinson**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including:

- One a Taurus, Model: PT 738 TCP, .380 ACP pistol bearing serial number 1D135750

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

RUSSELL E. JAMES
Assistant United States Attorney

9/3/28
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | <span style="color:red">FILED UNDER SEAL</span> |
|---|---|---|
| | § | |
| | § | |
| | § | |
| v. | § | NO. 1:25CR 68 |
| | § | Crone - Stetson |
| DAVID CORNELIUS ROBINSON | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 922(g)(1)

Penalty:  Imprisonment of not more than fifteen (15) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment:  $ 100.00

Notice of Penalty-Page 1